KYLE W. SCHUMACHER (BAR # 121887)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
P.O. Box 558
Spring Branch, TX 78070
503-482-8137 ph
210-783-1383 fax
Attorneys for Debtor
Chad Edward Grove

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>**Chad Edward Grove,**<br><br>Debtor. | Case No.: 23-32473-pcm13<br><br>Adversary No.: 24-03027-pcm<br><br>Chapter 13<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT MASON COMPANIES, INC. DOING BUSINESS AS STONEBERRY** |
| **Chad Edward Grove,**<br><br>Plaintiff,<br><br>v.<br><br>**Mason Companies, Inc. doing business as Stoneberry,**<br><br>Defendant. | Judge:    Hon. Peter C. McKittrick |

**PLEASE TAKE NOTICE THAT** Plaintiff Chad Edward Grove, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses defendant Mason Companies, Inc. doing business as Stoneberry, with prejudice, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part: 41(a) Voluntary Dismissal

PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE -1-

(1) By the Plaintiff

    (A) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Mason Companies, Inc. doing business as Stoneberry has neither filed an answer to Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, Defendant Mason Companies, Inc. doing business as Stoneberry may be dismissed from the Complaint for all purposes and without an Order.

Dated: September 27, 2024      By:     */s/ Kyle W. Schumacher*
Kyle W. Schumacher, OSB No. 121887
Schumacher Lane PLLC
PO Box 558
Spring Branch, TX. 78070
Phone: 503-482-8137
Fax: 210-783-1383
kyle@schumacherlane.com
Attorney for Plaintiff/Debtor